**Pete CHEFTIS, Appellant, v. J. L. C. McFADDIN et al., Executors, Appellees.**

No. 3554.

Court of Civil Appeals of Texas. Beaumont.

Nov. 17, 1939.

Rehearing Denied Nov. 29, 1939.

David L. Broadus, of Beaumont, for appellant.

J. L. C. McFaddin, of Beaumont, for appellees.

O'QUINN, Justice.

This is an appeal from a judgment of the Jefferson County Court at Law. The case was tried to a jury upon one special issue which was answered in favor of the appellees. We have carefully examined the record and it is our conclusion that the judgment should be affirmed, and it is so ordered. On the authority of Associated Ind. Corp. v. Gatling, Tex.Civ.App., 75 S. W.2d 294; Kozielski v. Williams, Tex.Civ. App., 125 S.W.2d 1118; Farmers State Bank of Center v. Harris, Tex.Civ.App., 126 S.W.2d 1216, the affirmance is without written opinion. Affirmed.

**E. R. HUDSON, Appellant, v. Elliott CAVANAUGH, Appellee.**

No. 3626.

Court of Civil Appeals of Texas. Beaumont.

Nov. 9, 1939.

Sam H. Townsend, of Lufkin, for appellant.

Sumner Williams, Jr., of Lufkin, for appellee.

O'QUINN, Justice.

Affirmed without written opinion. Associated Indemnity Corporation v. Gatling, Tex.Civ.App., 75 S.W.2d 294; Texas & New Orleans Railroad Company v. Futch, Tex.Civ.App., 127 S.W.2d 1040; Gilbert v. King, Tex.Civ.App., 128 S.W.2d 1214; Sagarin v. Holliday, Tex.Civ.App., 127 S. W.2d 1040.

**Ed. A. SEIDEMAN, Appellant, v. ALAMO PAINT & WALL PAPER CO., Inc., Appellee.**

No. 10622.

Court of Civil Appeals of Texas. San Antonio.

Nov. 15, 1939.

Gaines, Gaines & Roberts and Geo. R. Thomson, all of San Antonio, for appellant.

Forrest Campbell, of San Antonio, for appellee.

PER CURIAM.

The judgment will be affirmed without written opinion.